UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATT MORGAN,

  Plaintiff,

CASE NO.:  6:18-cv-1746-Orl-40TBS

-vs-

CAPITAL ALLIANCE GROUP,

  Defendant.
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

     I certify that the instant action:

_____IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     Dated this 12th day of November, 2018.

                                  Respectfully submitted,

                                  */s/ Octavio Gomez*
                                  Octavio "Tav" Gomez, Esquire
                                  Morgan & Morgan, Tampa,  P.A.
                                  One Tampa City Center
                                  Tampa, FL 33602
                                  Tele:  (813) 223-5505
                                  Fax:  (813) 223-5402
                                  TGomez@ForThePeople.com
                                  Florida Bar #: 0338620
                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 12th day of November, 2018 to:

Capital Alliance Group, 1950 E. 17th St., 3rd Floor, Santa Ana, CA 92705.

/s/ Octavio Gomez
Octavio "Tav" Gomez, Esquire
Florida Bar #: 0338620