# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MATT MORGAN,**

       **Plaintiff,**

**v.**                                                  Case No:  6:18-cv-1746-Orl-40TBS

**CAPITAL ALLIANCE GROUP,**

       **Defendant.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **CAPITAL ALLIANCE GROUP** in Orlando, Florida on the 13th day of November, 2018.

                                                     ELIZABETH M. WARREN, CLERK

                                                     s/RO, Deputy Clerk

Copies furnished to:

Counsel of Record