UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATT MORGAN,

    Plaintiff,

v.                                            Case No:   6:18-cv-1746-Orl-40TBS

CAPITAL ALLIANCE GROUP,

    Defendant.

## ORDER TO SHOW CAUSE

This case comes before the Court *sua sponte*. The Court incorporates into this Order by reference, the Order on Defendant Captial Alliance Group's Amended Motion to Transfer to the Southern District of California Pursuant to 28 U.S.C. § 1404 Due to "Exclusive and Continuing Jurisdiction" from Prior Class Action Settlement (Doc. 28). For the reasons stated in that Order, it appears that the following statement, made to this Court by Defendant and its lawyers, misrepresented what occurred in the district court in California:

> The Southern District of California presided over a certified class action from November 05, 2013 until November 18, 2016, and as such is intimately familiar with the facts of this case. Indeed, the Plaintiffs in *Bee* spent three years attempting to prove Defendant Capital Alliance Group violated the Telephone Consumer Protection Act ("TCPA" 47 U.S.C. § 227 *et seq.*). Plaintiffs in *Bee* could not find any violations of the TCPA, and so settled for injunctive relief that reiterated Defendants' existing practices, with *no money for the class* and *no attorneys fees*. *Bee*, Dkt No 81 at pp. 4-5. In other words, Defendant agreed to continue doing what it had already been doing in the form of injunctive relief. Nonetheless, Plaintiff herein alleges again that Defendant has violated the TCPA.

Defendant and its lawyers have 14 days from the rendition of this Order to show cause in writing why sanctions should not be imposed against them pursuant to FED. R.

Civ. P. 11, 28 U.S.C. § 1927, and the Court's inherent power to impose sanctions, as a consequence of making what appear to be misrepresentations of fact to this Court.

**DONE** and **ORDERED** in Orlando, Florida on December 26, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record