UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATT MORGAN,

  Plaintiff,

-vs-                                       CASE NO.:  6:18-CV-1746-ORL-40TBS

CAPITAL ALLIANCE GROUP,

  Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Matt Morgan, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2019, I filed a correct copy of the foregoing via the Court's CM/ECF website which sent electronic notice to all parties of record.

/s/ Octavio Gomez
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax:  (813) 223-5402
TGomez@ForThePeople.com
Florida Bar #: 0338620
Attorney for Plaintiff