UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATT MORGAN,

    Plaintiff,

v.                                        Case No:   6:18-cv-1746-Orl-40TBS

CAPITAL ALLIANCE GROUP,

    Defendant.

## ORDER

After reading Defendant's Response to Order to Show Cause (Doc. 31), and relying on the representations made therein, the Order to Show Cause (Doc. 29), is **DISCHARGED**.

**DONE** and **ORDERED** in Orlando, Florida on January 10, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties